Larry W. Lee (State Bar No. 228175)
lwlee@diversitylaw.com
**DIVERSITY LAW GROUP, P.C.**
515 S. Figueroa St., Suite 1250
Los Angeles, California 90071
(213) 488-6555
(213) 488-6554 facsimile

Attorneys for Plaintiffs and the Class
    \*   Additional Counsel Listed
       On Following Page

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY DYNABURSKY, as an individual and on behalf of all others similarly situated,<br><br>              Plaintiff,<br>   vs.<br><br>ALLIEDBARTON SECURITY SERVICES, LP and ALLIEDBARTON SECURITY SERVICES, LLC; and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No. 8:12-cv-02210-JLS-RNB<br><br>**NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:        August 12, 2016<br>Time:       2:30 p.m.<br>Courtroom:  10A<br>Judge:     Hon. Josephine L. Staton<br><br>Trial Date:       Not Set<br>Discovery Cutoff:  Not Set |

**PLAINTIFFS' COUNSEL**

Dennis S. Hyun (State Bar No. 224240)
dhyun@hyunlegal.com
**HYUN LEGAL, APC**
515 S. Figueroa St., Suite 1250
Los Angeles, CA  90071
Telephone:   (213) 488-6555
Facsimile:    (213) 488-6554

Edward W. Choi, Esq. (State Bar No. 211334)
edward.choi@calaw.biz
Paul M. Yi, Esq. SBN 207867
paul.yi@calaw.biz
**LAW OFFICES OF CHOI & ASSOCIATES, P.C.**
515 S. Figueroa St., Suite 1250
Los Angeles, CA 90071
Telephone: (213) 381-1515
Facsimile: (213) 233-4409

James R. Hawkins (State Bar No. 192925)
james@jameshawkinsaplc.com
**JAMES HAWKINS APLC**
9880 Research Drive, Suite 200
Irvine, CA 92618
Telephone:   (949) 387-7200
Facsimile:    (949) 387-6676

Matthew S. Dente (State Bar No. 241547)
matt@denterichard.com
Diane E. Richard (State Bar No. 204897)
diane@denterichard.com
**DENTE RICHARD LLP**
550 West C Street, Suite 1950
San Diego, CA 92101
Telephone: (619) 550-3475
Facsimile:  (619) 342-9668

Brian J. Robbins (State Bar No. 190264)
brobbins@robbinsarroyo.com
**ROBBINS ARROYO LLP**
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile:  (619) 525-3991

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE THAT on August 12, 2016, at 2:30 p.m., or as soon thereafter as the matter can be heard, before the Honorable Josephine L. Staton in Courtroom 10A of the United States District Court for the Central District of California, Southern Division, located at 411 West Fourth Street, Santa Ana, CA 92701, Plaintiffs will, and hereby do, move the Court for an order granting final approval of the class action settlement between Plaintiffs and defendants AlliedBarton Security Services, LP and AlliedBarton Security Services, LLC ("Defendants") which was preliminarily approved by this Court on March 31, 2016 (Doc. No. 121).   Specifically, Plaintiff respectfully requests that the Court issue a final order and judgment of dismissal: (i) granting full and final approval of the Settlement[1] and adjudging the terms thereof to be fair, reasonable and adequate; (ii) directing consummation of the terms and provisions of the Settlement; (iii) approving payment, as set forth in the Settlement, to the California Labor & Workforce Development Agency for the PAGA portion of the Settlement; (iv) approving payment to the Settlement Class Members as set forth in the Settlement; (v) approving payment of claims administration costs to Claims Administrator; (vi) approving the request for service payments to each of the three Representatives for their services and release of claims as set forth in the Settlement; (vii) approving Class Counsel's request for an award of attorneys' fees and costs (viii) directing the payment of employer side payroll taxes as set forth in the Settlement; and (ix) dismissing the *Dynabursky* action with prejudice and permanently barring and enjoining all members of the Settlement Class from prosecuting against the parties released in the Settlement any individual or class or collective claims released, upon satisfaction of all payments and obligations in the Settlement (the "Motion").   At the time of filing, Plaintiffs' Motion is unopposed.

---

[1] Unless otherwise noted, all capitalized terms shall have the same definition as set forth in the Joint Stipulation of Class Action Settlement and Release ("Settlement Agreement" or "Settlement").   A true and correct copy of the Settlement Agreement was filed on December 14, 2015. (Doc. No. 116)

1    This Motion is made under Rule 23(e) of the Federal Rules of Civil Procedure and

2    on the grounds that the proposed Settlement is fair, adequate, and reasonable. All Class

3    Members have been given the opportunity to participate in, opt-out of, or object to the

4    proposed Settlement.  To date, no Class Member has objected to the Settlement.

5    The Motion is based upon this notice of motion of Plaintiffs' motion for final

6    approval of class action settlement, the accompanying memorandum of points and

7    authorities and declarations, such evidence and argument of counsel as may be presented

8    at the hearing, and the complete files and records in the above-captioned matter including

9    Plaintiffs' Notice of Motion and Motion for Approval of Attorneys' Fees and Costs and

10   Representative Service Payments; and Memorandum of Points and Authorities in Support

11   (Doc. No. 128), and such additional matters as the Court may consider.

12

13   DATED:  July 15, 2016                 DIVERSITY LAW GROUP, P.C.

14                                         By: /s/ Larry W. Lee
                                           Larry W. Lee, Esq.
15                                         Attorney for Plaintiff and the Class

16

17

18

19

20

21

22

23

24

25

26

27   1111034_1

28

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2016, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

DATED:  July 15, 2016

DIVERSITY LAW GROUP, P.C.

By:   /s/ Larry W. Lee
      Larry W. Lee, Esq.
      Attorney for Plaintiff and the Class