JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| GREGORY DYNABURSKY, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>ALLIEDBARTON SECURITY SERVICES, LP and ALLIEDBARTON SECURITY SERVICES, LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 8:12-cv-02210-JLS-RNBx<br><br>**JUDGMENT** |

On August 15, 2016, this Court granted Plaintiffs Gregory Dynabursky's, Mikhail Babeshkov's, and Jose Aguirre's Motion for Final Approval of Class Action Settlement and Plaintiffs' Motion for Attorneys' Fees, Costs, and Awards (Final Approval Order, Doc. No. 138.)  The Court hereby finds and orders as follows:

1. The Court has jurisdiction over the subject matter of this action, the Class Representatives, the Class Members as defined in the Settlement Agreement, and Defendants.

2. The Court grants final approval of class certification, for purposes of settlement only, of the Class as defined in the Settlement Agreement.

3. The Court grants final approval of the Settlement Agreement, which it determines to be fair, adequate, and reasonable under the circumstances.

4. Upon satisfaction of all payments and obligations in the Settlement Agreement, this case is dismissed with prejudice.

5. Class Counsel is awarded attorneys' fees of 28% of the Gross Settlement Fund, which amounts to an award of $3,080,000.  The Court also awards Class Counsel $58,735.15 for reimbursement of litigation costs and expenses.

6. Plaintiff Gregory Dynabursky is awarded service payment of $6,000, Plaintiff Mikhail Babeshkov is awarded a service payment of $8,000, and Plaintiff Jose Aguirre is awarded a service payment of $7,000.

7. Rust Consulting is awarded $165,000 for reasonable class administration services and expenses.

8. The Court shall have continuing jurisdiction over this matter and over Plaintiffs, Defendants AlliedBarton Security Services, LP and AlliedBarton Security Services, LLC, and Settlement Class Members to the fullest extent necessary to address, enforce, and effectuate the terms of the Settlement Agreement and this Judgment.

9. The parties are ordered to carry out the distribution of the Gross Settlement Fund as set forth in the Settlement Agreement.

10. This document shall constitute a judgment for purposes of Rule 59 of the Federal Rules of Civil Procedure.

11. Upon entry of this Judgment and the release of the Gross Settlement Fund to the Claims Administrator in this case, Plaintiffs and Class Members shall be deemed to have released all claims at issue in this lawsuit as set forth in the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: August 18, 2016

THE HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE